THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 v.
 William Scott
 Whitfield, Appellant.
 
 
 

Appeal From York County
  G. Thomas Cooper, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-289
 Submitted June 1, 2007  Filed June 7,
 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  William Whitfield pled guilty to four
 counts of criminal sexual conduct with a minor and two counts of lewd act on a
 child.  The trial court sentenced him to concurrent terms of imprisonment
 totaling twenty years.  Whitfield argues on appeal that his sentence was constitutionally
 disproportionate.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Whitfields appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE,
 J., and CURETON, A.J., concur.
 

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.